# Proceeding Minutes / Proceeding Memo

| | | | | | |
|---|---|---|---|---|---|
| **Case #:** 22-50025 | | **Case Name:** Benny Lee Shumpert and Lisa Morse Shumpert | | | |
| **Set:** 07/10/2025 10:00 am | **Chapter:** 13 | **Type:** bk | **Judge** Katharine M. Samson | | |

**matter**   Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment Date of Service: 6/9/2025 Filed by Trustee Warren A. Cuntz T1 Jr.. Response due by 06/30/2025. Note: See Fed. R. Bankr. P. 9006(f). Three additional days may be allowed for qualifying parties.  (Dkt. #49)

Response filed by Debtors (Dkt. #50)

---

   Minute Entry Re: (related document(s): [49] Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment filed by Warren A. Cuntz T1) Cuntz to submit an Agreed Order. Order due by 07/24/2025. Email received from Cuntz's office. (mcc)