

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: July 23, 2025**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

IN RE:                                                    CHAPTER 13

BENNY LEE SHUMPERT                         CASE NO.:  22-50025-KMS
LISA MORSE SHUMPERT

### AGREED ORDER DENYING TRUSTEE'S MOTION TO DISMISS FOR NON-PAYMENT (DKT. 49)

THIS MATTER came on for consideration of the Trustee's Motion to Dismiss for Non-Payment and the Court being advised that the parties have reached an agreement, orders as follows:

IT IS THEREFORE ORDERED that the Trustee's Motion is denied with the Debtor(s) default being addressed through selection of and compliance with the following option:

| X | **Debtor(s) existing default shall be abated, and the Debtor(s) shall resume payments to the Trustee effective with the plan payment due before noon on August 29th, 2025, in the amount of $313.00.** |

| | Debtor(s) are granted until _____ to file a Notice and Motion to Modify Plan, together with an Amended Schedule I & J (if necessary) to address their current plan payment default.  Should the Debtor(s) fail to file the foregoing modification as required, Debtor(s) case shall be dismissed without further motion, notice or hearing upon the Trustee submitting an Order Dismissing Case to the Court.  Debtor(s) shall resume payments in the modified amount before noon on ___, |

All options in this Agreed Order require the Debtor(s) to resume the plan payment by a certain date.  Should the Debtor(s) fail to resume the initial payment or default in future plan payments, Debtor(s) shall have sixty (60) days from the date of any arising default to cure the default, failing which the case will be dismissed without further notice, motion or hearing upon the Trustee submitting an Order Dismissing to the Court.

### ##END OF ORDER##

Submitted by:                                              Approved by:

/s/ Warren A. Cuntz, Jr., Trustee                 /s/ Thomas Carl Rollins, Jr., Esq.        w/permission
**Warren A. Cuntz, Jr., Trustee**                **Thomas Carl Rollins, Jr., Esq.**
**Chapter 13 Trustee**                            **Attorney for the Debtor(s), MSB #103469**
P.O. Box 3749                                        P.O. Box 13767
Gulfport, MS 39505-3749                        Jackson, MS 39236
Tel: (228) 831-9531                                 Tel: (601) 500-5533