**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   **Benny Lee Shumpert**                                      **Case No. 22-50025-KMS**
         **Lisa Morse Shumpert, Debtors**                            **CHAPTER 13**

### NOTICE

Debtors have filed papers with the court to suspend their bankruptcy payments. **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to suspend the payments, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr. United States Courthouse
2012 15th St., Ste. 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Suspend Plan Payments.

Date: May 26, 2026                    Signature:    /s/ Thomas C. Rollins, Jr.
                                                    Thomas C. Rollins, Jr. (MSBN 103469)
                                                    Jennifer A Curry Calvillo (MSBN 104367)
                                                    The Rollins Law Firm, PLLC
                                                    P.O. Box 13767
                                                    Jackson, MS 39236
                                                    trollins@therollinsfirm.com
                                                    601-500-5533

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Benny Lee Shumpert                                    Case No. 22-50025-KMS
          Lisa Morse Shumpert, Debtors                              CHAPTER 13

## MOTION TO SUSPEND PLAN PAYMENTS

COME NOW, Debtors, by and through counsel, and move this Court to suspend their Chapter 13 plan payments, and in support thereof, would show the Court as follows:

1. Debtors filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.

2. Debtor has moved due to family issues.

3. Debtors had to use funds for moving expenses.

4. Debtors are requesting this Honorable Court to suspend any past due plan payments and two (2) months of plan payments, including any ongoing mortgage payments being paid through the plan, during the months of May 2026 and June 2026.

5. Debtors wish to resume making plan payments beginning in July 2026.

6. Debtors are requesting that their Chapter 13 plan payments be increased as necessary to compensate for the lost plan payments.

WHEREFORE, Debtors pray for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Suspend Plan Payments was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

<u>/s/ Thomas C. Rollins, Jr.</u>
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

BENNY LEE SHUMPERT
LISA MORSE SHUMPERT

CASE NO: 22-50025

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 5/26/2026, I did cause a copy of the following documents, described below,

Motion to Suspend

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/26/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

BENNY LEE SHUMPERT
LISA MORSE SHUMPERT

CASE NO: 22-50025

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 5/26/2026, a copy of the following documents, described below,

Motion to Suspend

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/26/2026

_Victoria Blake_

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 22-50025
SOUTHERN DISTRICT OF MISSISSIPPI
TUE MAY 26 8-59-11 PST 2026

EXCLUDE

US BANKRUPTCY COURT
DAN M RUSSELL  JR US COURTHOUSE
2012 15TH STREET  SUITE 244
GULFPORT  MS 39501-2036

247 ADVANCE FINANCIAL
100 OCEANSIDE DR
NASHVILLE  TN 37204-2351

AMR
530 S MAIN ST
SUITE 1041
AKRON  OH 44311-4423

ATT
PO BOX 5087
CAROL STREAM  IL 60197-5087

ATT MOBILITY II LLC
ATT SERVICES INC
KAREN A CAVAGNARO  PARALEGAL
ONE ATT WAY  SUITE 3A104
BEDMINSTER  NJ 07921-2693

AARONS
3168 BIENVILLE BLVD
OCEAN SPRINGS  MS 39564-5731

AFNI  INC
PO BOX 3097
BLOOMINGTON  IL 61702-3097

(P)CMRE FINANCIAL SERVICES INC
3075 E IMPERIAL HWY STE 200
BREA CA 92821-6753

(P)CAINE  WEINER COMPANY
12005 FORD ROAD 300
DALLAS TX 75234-7262

CAPITAL ONE
PO BOX 31293
SALT LAKE CITY  UT 84131-0293

CAPITAL ONE BANK (USA)  NA
BY AMERICAN INFOSOURCE AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY  OK 73118-7901

CAPITAL ONE BANK USA
PO BOX 30285
SALT LAKE CIT  UT 84130-0285

CARDIOLOGY ASSOCIATES
PO BOX 4127
FORT WALTON B  FL 32549-4127

CELTIC BANK CO
PO BOX 4488
BEAVERTON  OR 97076-4402

CHASE AUTO FINANCE
700 KANSAS LANE
MONROE  LA 71203-4774

CREDIT COLLECTION SERV
2 WELLS AVE
NEWTON CENTER  MA 02459-3225

CREDIT ONE BANK
PO BOX 98873
LAS VEGAS  NV 89193-8873

DISCOVER BANK
DISCOVER PRODUCTS INC
PO BOX 3025
NEW ALBANY  OH  43054-3025

(P)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

DR ERIC PLOTT
15190 COMMUNITY RD
SUITE 230
GULFPORT  MS 39503-3483

FINGERHUT
6250 RIDGEWOOD ROAD
SAINT CLOUD  MN 56303-0820

FIRST CHOICE BANK
19 S MAIN
PONTOTOC  MS 38863-2823

FIRST TOWER LOAN  LLC
PO BOX 320001
FLOWOOD  MS 39232-0001

FRANKLIN COLLECTION SE
2978 W JACKSON ST
TUPELO  MS 38801-6731

GULF COAST COMM FCU
2120 25TH AVE
GULFPORT  MS 39501-4518

GARDEN PARK HOSPITAL
15200 COMMUNITY RD
GULFPORT  MS 39503-3085

GARDEN PARK MEDICAL CENTER
RESURGENT CAPITAL SERVICES
PO BOX 1927
GREENVILLE  SC 29602-1927

GULF COAST COMMUNITY FEDERAL CREDIT UNION
12364 HWY 49
GULFPORT  MS 39503-2741

JPMORGAN CHASE BANK  NA
NATIONAL BANKRUPTCY DEPARTMENT
PO BOX 29505 AZ1-5757
PHOENIX  AZ 85038-9505

KEESLER FEDERAL CREDIT UNION
PO BOX 7001
BILOXI  MS 39534-7001

KEYSTONE HOSPITAL
PO BOX 677875
DALLAS  TX 75267-7875

LVNV FUNDING  LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

LIFECORE HEALTH GROUP
2434 S EASON BLVD
TUPELO  MS 38804-6942

LIFECORE HEALTH GROUP
CO FRANKLIN SERVICE INC
PO BOX 3910
TUPELO  MS 38803-3910

MERRICK BANK
RESURGENT CAPITAL SERVICES
PO BOX 10368
GREENVILLE  SC 29603-0368

MEMORIAL HOSPITAL
PO BOX 1810
GULFPORT  MS 39502-1810

MEMORIAL HOSPITAL
CO WESSLER LAW FIRM
PO BOX 175
GULFPORT  MS 39502-0175

MERRICK BANKCARDWORKS
PO BOX 9201
OLD BETHPAGE  NY 11804-9001

MIDLAND CREDIT MANAGEMENT  INC
PO BOX 2037
WARREN  MI 48090-2037

MIDLAND FUND
320 EAST BIG BEAVER
TROY  MI 48083-1238

OCEANS HEALTHCARE
4500 WICHERS DR
MARRERO  LA 70072-3184

OSCHNER HEALTH SYSTEM
2750 GAUSE BLVD
SLIDELL  LA 70461-4149

PORTFOLIO RECOVERY ASS
120 CORPORATE BLVD
STE 100
NORFOLK  VA 23502-4952

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

EXCLUDE

PROGRESSIVE
11629 SO 700 E
DRAPER  UT 84020-8376

(P)REPUBLIC FINANCE LLC
282 TOWER RD
PONCHATOULA LA 70454-8318

(D)(P)REPUBLIC FINANCE LLC
282 TOWER RD
PONCHATOULA LA 70454-8318

RESURGENT CAPITAL SERV
15 SOUTH MAIN ST
STE 600
GREENVILLE  SC 29601-2768

SWC GROUP
120 INTERNATIONAL PKWY
CARROLLTON  TX 75007

SINGING  RIVER HOSPITA
PO BOX 789
OCEAN SPRINGS  MS 39566-0789

EXCLUDE

(P)SPRING OAKS CAPITAL  LLC
1400 CROSSWAYS BLVD STE 100B
CHESAPEAKE VA 23320-0207

(D)(P)SPRING OAKS CAPITAL  LLC
1400 CROSSWAYS BLVD STE 100B
CHESAPEAKE VA 23320-0207

(P)JEFFERSON CAPITAL SYSTEM LLC
MAILROOM
200 14TH AVE E
SARTELL MN 56377-4500

SPRINT CORP
BY AMERICAN INFOSOURCE AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY  OK 73118-7901

T MOBILE
600 BEACON PKWY W
STE 300
BIRMINGHAM  AL 35209-3114

T MOBILETMOBILE USA INC
BY AMERICAN INFOSOURCE AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY  OK 73118-7901

(P)TOWER LOAN
P O BOX 320001
FLOWOOD MS 39232-0001

TRANSFINANCIAL COMPANI
722 PICARDY AVE
BATON ROUGE  LA 70809

TRI COUNTY EYE CLINIC
15122 DEDEAUX RD
GULFPORT  MS 39503-3120

EXCLUDE

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6-430
JACKSON  MS 39201-5022

DEBTOR

BENNY LEE SHUMPERT
PO BOX 114
VERONA  MS 38879-0114

JENNIFER A CURRY CALVILLO
THE ROLLINS LAW FIRM
702 W PINE ST
HATTIESBURG  MS 39401-3836

LISA MORSE SHUMPERT
PO BOX 114
VERONA  MS 38879-0114

EXCLUDE

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767

EXCLUDE

(P)WARREN A  CUNTZ  T1 JR
PO BOX 3749
GULFPORT MS 39505-3749