_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: June 25, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**IN THE MATTER OF:**                                    **CHAPTER 13**
**BENNY LEE SHUMPERT**                          **CASE NO.:  22-50025 KMS**
**LISA MORSE SHUMPERT**

**\*\*AMENDED\*\*ORDER UPON DEBTOR(S) DIRECTING PAYMENTS TO TRUSTEE**

**IT APPEARING TO THE COURT** that the above-referenced Debtor(s) have subjected earnings to the jurisdiction of this Court and that the Debtor(s) are subject to such Orders of this Court as are necessary to effectuate the provisions of the proposed bankruptcy plan. [1] The Court hereby orders, in keeping with 11 U.S.C. §1306(a)(2), 1322(a)(1) and § 1326(a)(1)(A), that:

**Benny Lee & Lisa Morse Shumpert**
**PO Box 114**
**Verona, MS 38879**

are *directed to pay the* amended sum of **\*\*$401.00\*\*per month, effective with the payment due before noon on July 31st, 2026.**  Payments can be made through **TFSbillpay.com** or by **CERTIFIED FUNDS**.   Payments through TFSbillpay.com will need to be submitted 7 days prior to the due date to be receipted timely.   Payments by CERTIFIED FUNDS must be received before noon of the last business day of the month and include your name and case number and payable to Warren A. Cuntz, Jr., Trustee and mailed to:

**WARREN A. CUNTZ, JR., TRUSTEE**
**P.O. BOX 3749**
**GULFPORT, MS 39505-3749**
**(228) 831-9531**

and continuing monthly, unless or until: (a) the payment amount is altered or modified by Court Order or (b) the Debtor(s) are released from making further plan payments.

**##END OF ORDER##**

_____

[1] Plan Payment adjusted due to ORDER SUSPENDING (Dkt. 59).