**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF Mississippi**

**In RE:**

  BENNY LEE SHUMPERT

  LISA MORSE SHUMPERT

**Debtor(s)**

**Chapter:** 13

**Claim Number:** 12

**Case Number:** 22-50025

**NOTICE OF CREDITOR CHANGE OF ADDRESS**

The creditor, **Sprint Corp.**, hereby requests a change to the address listed in the above-mentioned case.

Check which type of address change is being requested:

[ ] Notice only      [√] Payment only      [ ] Notice & Payment

**<u>PAYMENT ADDRESS</u>**

FROM:

  Sprint Corp. by American InfoSource as agent

  PO Box 4457

  Houston, TX 77210-4457

TO:

  Sprint Corp. by American InfoSource as agent

  PO Box 661380

  Dallas,TX 75266-1380

Date:  08/12/2026

/s/ Samir Vaghela

Creditor's Authorized Agent for Sprint Corp.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF Mississippi**

**In RE:**

**Chapter:** 13

BENNY LEE SHUMPERT
LISA MORSE SHUMPERT

**Case Number:** 22-50025

**Debtor(s)**

## Certificate of Service

I certify that on 08/12/2026, I caused to be served a true and correct copy of the foregoing document by electronic mail or by first-class mail with postage prepaid on the following:

Via CM / ECF / NEF

Attorney for Debtor
JENNIFER A CURRY CALVILLO
JENNIFER@THEROLLINSFIRM.COM

Trustee
WARREN A CUNTZ JR
WCUNTZCOURT@GPORT13.COM

/s/ Samir Vaghela

Samir Vaghela
AIS InfoSource, LP
4515 N Santa Fe Ave.
Oklahoma City, OK 73118
877-893-8820
POC_AIS@aisinfo.com