**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Benny Lee Shumpert**
**Lisa Morse Shumpert, Debtors**

**Case No. 22-50025-KMS**
**CHAPTER 13**

**RESPONSE TO TRUSTEE'S MOTION TO DISMISS CASE FOR NON-PAYMENT**

COME NOW, Debtors, by and through counsel, and respond to Trustee's Motion to Dismiss Case for Non-Payment (dk # 64) as follows:

1. Debtors commenced this case on 01/12/2022 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.
2. Debtors can continue to make their payments.

WHEREFORE, Debtors pray for an Order denying the Trustee's Motion to Dismiss Case for Non-Payment and for such additional or alternative relief as may be just and proper.

Respectfully submitted,

By: /s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Attorney for Debtor

Of Counsel:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

## CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Response was forwarded on October 21, 2026, to:

By Electronic CM/ECF Notice:

Warren Cuntz, Chapter 13 Trustee

U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.